

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Magistrate Case No.___20MJ5245_____ |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) |
| Samuel Jairo MORALES, | ) | Bringing in Unlawful Alien(s) |
| | ) | Without Presentation |
| Defendant. | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about December 2, 2020, within the Southern District of California, Defendant, Samuel Jairo MORALES, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Paulina ORTIZ-Maldonado, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_Ramon A. Galindo_
_____
SIGNATURE OF COMPLAINANT
Ramon A. Galindo, Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on December 3, 2020.

_William V. Gallo_
_____
HON. WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Paulina ORTIZ-Maldonado is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 2, 2020, at approximately 4:33 P.M., Samuel Jairo MORALES (Defendant) applied for admission into the United States from Mexico through vehicle primary inspection lanes at the Otay Mesa, California Port of Entry as the driver and sole visible occupant of a 2010 Dodge Ram bearing California plates. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant presented his United States passport card, stated a destination of San Diego, California with nothing to declare from Mexico. The primary CBP Officer elected to inspect the rear cargo compartment area of the vehicle and discovered an undocumented alien concealed from within. Assistance was requested over radio communications with other CBP Officers responding. Defendant was immediately secured and referred to secondary pending further investigation and the vehicle was driven into secondary for further inspection.

In secondary, the vehicle's rear cargo compartment area was accessed by CBP Officers and instructed the female undocumented alien to exit the compartment area.   The female was later identified as Paulina ORTIZ-Maldonado (Material Witness), determined to be a national and citizen of Mexico, with no entitlements to enter, pass through or reside in the United States and is now held as a Material Witness.

At approximately 7:25 P.M., Defendant was advised of his Miranda Rights and elected to make a statement. Defendant admitted knowledge of the presence of the undocumented alien concealed within his vehicle. Defendant admitted to his act as doing a favor for his uncle. Defendant denied knowing a final destination in the United States as well as agreeing to a smuggling payment for his unlawful act.

Material Witness admitted to being a citizen of Mexico, with no legal documents to enter the United States. Material Witness admitted that her aunt made the smuggling arrangements for her to be smuggled into the United States for an unknown payment to the smugglers. Material Witness admitted to a final destination of Oxnard, California to reside and seek employment.